BWB:DMP
F.#2012R00747

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ALEXANDER LOPEZ ALVARADO,

               Defendant.

- - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAY 29 2012 ★
BROOKLYN OFFICE

I N D I C T M E N T

CR 12 - 368

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(A)(viii) and 846; T. 18, U.S.C., §§ 3551 et seq.)

DEARIE, J.

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy To Possess Methamphetamine with Intent To Distribute)

On or about and between April 1, 2012 and May 2, 2012, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ALEXANDER LOPEZ ALVARADO, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved 50 grams or more of methamphetamine, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(viii); Title 18, United States Code, Sections 3551 et seq.)

2

COUNT TWO
(Possession of Methamphetamine with Intent To Distribute)

On or about May 2, 2012, within the Eastern District of New York, the defendant ALEXANDER LOPEZ ALVARADO, together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2012R00747
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

ALEXANDER LOPEZ ALVARADO,

Defendant.

# INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(A)(viii) and 846;
T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_____
*Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* ____

_____
*Clerk*

*Bail, $* _____

Douglas M. Pravda, Assistant United States Attorney, (718) 254-6268